## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: CIMINO, VINCENZO | § | Case No. 09-72826 |
| CIMINO, TINA M | § | |
| CIMINO, VINCE | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 03/10/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 09/30/2010                By: /s/JAMES E. STEVENS
                                     Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: CIMINO, VINCENZO | § | Case No. 09-72826 |
| CIMINO, TINA M | § | |
| CIMINO, VINCE | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $      5,000.60

*and approved disbursements of*             $          0.00

*leaving a balance on hand of* [1]          $      5,000.60

Claims of secured creditors will be paid as follows:

*Claimant*                                       *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JAMES E. STEVENS | $ 1,250.06 | $ |
| Attorney for trustee | Barrick, Switzer, Long, Balsley & Van Evera | $ 1,357.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*          *Fees*          *Expenses*

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,860.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 10A | Internal Revenue Service | $ 2,860.00 | $ 2,393.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,519.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | Roundup Funding, LLC | $ 445.46 | $ 0.00 |
| 3 | Rock Valley Federal Credit Union | $ 8,149.30 | $ 0.00 |
| 4 | CBO/OSF Medical Group | $ 481.25 | $ 0.00 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 894.81 | $ 0.00 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 2,024.45 | $ 0.00 |
| 7 | ROCKFORD MERCANTILE AGENCY | $ 1,800.00 | $ 0.00 |
| 8 | UNITED CREDIT RECOVERY | $ 364.88 | $ 0.00 |
| 9 | Capital Recovery III LLC As Assignee of Capital On | $ 1,158.97 | $ 0.00 |
| 10B | Internal Revenue Service | $ 1,200.00 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JAMES E. STEVENS
                         Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 2         Date Rcvd: Feb 08, 2010
Case: 09-72826                Form ID: pdf006             Total Noticed: 51

The following entities were noticed by first class mail on Feb 10, 2010.
db/jdb        +Vincenzo Cimino,    Tina M Cimino,    4121 Windrow Court,    Cherry Valley, IL 61016-9364
aty           +Jeffry A. Dahlberg,    Balsley and Dahlberg, LLP,    5130 N Second St,    Loves Park, IL 61111-5002
tr            +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                Rockford, IL 61108-2579
14136554       ACCOUNTS RECEIVABLE MANAGEMENT,    P.O. Box 129,    Thorofare, NJ 08086-0129
14136555      +ADVANCEME, INC.,    c/o Stein & Rotman,    105 W. Madison Suite 600,    Chicago, IL 60602-4672
14136556       ALLIANCE ONE, INC.,    4850 E Street Road Suite 300,    Feasterville Trevose, PA 19053-6643
14136557      +AMERICA'S SERVICING COMPANY,    7495 New Horizon Way,    Frederick, MD 21703-8388
14604980       AMERICAN INFOSOURCE LP AS AGENT FOR,    TARGET,    PO Box 248866,    Oklahoma City, OK  73124-8866
14136558      +AVANTI FOODS,    109 Depot St,    P.O. Box 457,    Walnut, IL 61376-0457
14136559      +C.B. ACCOUNTS, INC.,    1101 Main Street,    Peoria, IL 61606-1928
14136560       CAPITAL ONE,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14136561       CAPITAL ONE AUTO FINANCE,    P.O. Box 260848,    Plano, TX 75026-0848
14136562      +CASTLE REALTY, INC.,    1400 E. Fox Lane,    Milwaukee, WI 53217-2851
14559738      +CBO/OSF Medical Group,    % CBAccounts Inc,    PO Box 1289,    Peoria, Il 61654-1289
14136563      +CENTRUE BANK,    721 Columbus Street,    Ottawa, IL 61350-5001
14136564       CITIZENS FIRST STATE BANK,    105 N. Main Street,    Walnut, IL 61376
14136565      +CREDIT COLLECTION SERVICES,    Two Wells Avenue,    Newton, MA 02459-3246
14775409      +Capital Recovery III LLC As Assignee of Capital On,    Care of Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14136566      +FIRST FEDERAL CAPITAL,    605 State Street,    La Crosse, WI 54601-3345
14136568      +HSBC NEVADA/BERGNER'S,    c/o Blatt, Hasenmiller, et al,    211 Landmark Dr Suite C-1,
                Normal, IL 61761-2160
14136569     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:  ILLINOIS DEPARTMENT OF REVENUE,    Bankruptcy, Bulk Sales & Probate,
                100 W. Randolph St. L,    Chicago, IL 60601-3195)
14136570       INTERNAL REVENUE SERVICE,    Centralized Insolvency Operation,    P.O. Box 21126,
                Philadelphia, PA 19114
14136572      +LAW OFFICES OF GILBERT MORET,    5430 E. Beverly Blvd Suite 250,    Los Angeles, CA 90022-2208
14136573      +LAW OFFICES OF JAY SMITH,    8619 Reseda Blvd Suite 206,    Northridge, CA 91324-4075
14136574      +NCO FINANCIAL SYSTEMS,    507 Prudential Road,    Horsham, PA 19044-2368
14136575      +NCO FINANCIAL SYSTEMS,    4740 Baxter Road,    Virginia Beach, VA 23462-4484
14136576      +NELSON, WATSON & ASSOCIATES,    80 Merrimack St Lower Level,    Haverhill, MA 01830-5211
14136577      +PALISADES COLLECTON, LLC,    P.O. Box 19249,    Sugar Land, TX 77496-9249
14136578       PIETRO CIMINO,    244 Dark Forest Ave,    Las Vegas, NV 89123-1113
14136579       RAUCH-MILLIKEN INTERNATIONAL,    P.O. Box 8390,    Metairie, LA 70011-8390
14136580      +ROCK RIVER WATER RECLAMATION DIST.,    3333 Kishwaukee Street,    P.O. Box 6207,
                Rockford, IL 61125-1207
14136581      +ROCK VALLEY FEDERAL CREDIT UNION,    c/o Attorney William Reily,    6801 Spring Creek Road # 2D,
                Rockford, IL 61114-7420
14136582      +ROCKFORD MERCANTILE AGENCY,    2502 S. Alpine Road,    Rockford, IL 61108-7813
14136583      +ROCKFORD WATER DEPARTMENT,    Attn: Susan Kirby, Finance Dept.,    425 East State Street,
                Rockford, IL 61104-1014
14200097      +Rock Valley Federal Credit Union,    % Reilly Law Offices,    6801 Spring Creek Road  Ste 2D,
                Rockford, Il 61114-7420
14136584       SALVATORE CIMINO,    5422 Dierks Drive,    Rockford, IL 61108-8012
14136585      +SYSCO FOOD SYSTEMS,    c/o Attorney Herbert I. Greene,    401 W. State St Suite 600,
                Rockford, IL 61101-1228
14136586      +TORRES CREDIT SERVICES,    27 Farview Street,    P.O. Box 189,    Carlisle, PA 17013-0189
14136587     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  U.S. BANK,    Mail Loc.CNTX05 Attn: 5th Fl. BK.,    P.O. Box 5229,
                Cincinnati, OH 45201)
14136588       VICTORIA'S SECRET,    c/o World Financial Network,    P.O. Box 182128,    Columbus, OH 43218-2128
14136590       WELTMAN, WEINBERG & REIS,    P.O. Box 93596,    Cleveland, OH 44101-5596
14136591       WORLD FINANCIAL NETWORK,    P.O. Box 659704,    San Antonio, TX 78265-9704
The following entities were noticed by electronic transmission on Feb 08, 2010.
14136553      +E-mail/Text: collect@arspif.com                            ACCOUNT RECOVERY SERVICE,
                3031 N. 114th Street,    Wauwatosa, WI 53222-4218
14704015       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 09 2010 00:51:49
                AMERICAN INFOSOURCE LP AS AGENT FOR,    ASTA-VATIV,    PO Box 248838,
                Oklahoma City, OK  73124-8838
14408557      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Feb 09 2010 00:53:59
                Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
14158769      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Feb 09 2010 02:06:12
                Capital One Auto Finance Department,    % Ascension Capital Group,    PO Box 201347,
                Arlington, TX 76006-1347
14136567      +E-mail/Text: bkynotice@harvardcollect.com
                HARVARD COLLECTION SERVICES, INC.,    4839 N. Elston Avenue,    Chicago, IL 60630-2589
14136571      +E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2010 00:59:41     J.C. PENNEY,    c/o GE Money Bank,
                P.O. Box 103104,    Roswell, GA 30076-9104
14410569       E-mail/PDF: BNCEmails@blinellc.com Feb 09 2010 00:51:36      Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
14719926      +E-mail/Text: ucrsupport@ureach.com                            UNITED CREDIT RECOVERY,
                P.O. BOX 953245,    LAKE MARY, FL 32795-3245
14136589      +E-mail/Text: tkealy@vikingservice.com                           VIKING COLLECTION SERVICE, INC.,
                7500 Office Ridge Circle,    Eden Prairie, MN 55344-3782
                                                                                              TOTAL: 9
```

```
District/off: 0752-3          User: cbachman            Page 2 of 2              Date Rcvd: Feb 08, 2010
Case: 09-72826                Form ID: pdf006           Total Noticed: 51

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
               Rockford, Il 61108-2579
14138707*    +Pietro Cimino,    244 Dark Forest Ave,   Las Vegas, NV 89123-1113
14138708*    +Salvatore Cimino,    5422 Dierks Dr,   Rockford, Il 61108-8012
                                                                                            TOTALS: 0, * 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 10, 2010**          **Signature:**     _Joseph Speetjens_