**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: CIMINO, VINCENZO | § | Case No. 09-72826 |
| CIMINO, TINA M | § | |
| CIMINO, VINCE | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $191,025.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $2,393.54 | Claims Discharged Without Payment: $322,624.45 |
| Total Expenses of Administration: $2,607.06 | |

3) Total gross receipts of $ 5,000.60   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2**), yielded net receipts of $5,000.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $178,400.62 | $23,575.92 | $8,149.30 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,607.06 | 2,607.06 | 2,607.06 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 500.00 | 2,860.00 | 2,860.00 | 2,393.54 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 317,308.63 | 8,369.82 | 8,369.82 | 0.00 |
| **TOTAL DISBURSEMENTS** | $496,209.25 | $37,412.80 | $21,986.18 | $5,000.60 |

    4) This case was originally filed under Chapter 7 on July 07, 2009.
. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/05/2010    By: /s/JAMES E. STEVENS
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 1000 shares of Dag Enterprises, Inc. (value of e | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 0.60 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.60** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One Auto Finance | 4210-000 | 29,426.62 | 15,426.62 | 0.00 | 0.00 |
| Rock Valley Federal Credit Union | 4110-000 | 8,021.00 | 8,149.30 | 8,149.30 | 0.00 |
| Additional Notice for creditor U.S. BANK | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| U.S. BANK | 4110-000 | 140,000.00 | N/A | N/A | 0.00 |
| SYSCO FOOD SYSTEMS c/o Attorney Herbert I. Greene | 4110-000 | 953.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$178,400.62** | **$23,575.92** | **$8,149.30** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,250.06 | 1,250.06 | 1,250.06 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,357.00 | 1,357.00 | 1,357.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,607.06 | 2,607.06 | 2,607.06 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 5800-000 | N/A | 2,860.00 | 2,860.00 | 2,393.54 |
| ILLINOIS DEPARTMENT OF REVENUE Bankruptcy, Bulk Sales & Prob | 5200-000 | 500.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 500.00 | 2,860.00 | 2,860.00 | 2,393.54 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roundup Funding, LLC | 7100-000 | N/A | 445.46 | 445.46 | 0.00 |
| CBO/OSF Medical Group | 7100-000 | N/A | 481.25 | 481.25 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| Creditor | Code | | | | |
|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | N/A | 894.81 | 894.81 | 0.00 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | N/A | 2,024.45 | 2,024.45 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | 7100-000 | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
| UNITED CREDIT RECOVERY | 7100-000 | N/A | 364.88 | 364.88 | 0.00 |
| Capital Recovery III LLC As Assignee of Capital On | 7100-000 | N/A | 1,158.97 | 1,158.97 | 0.00 |
| Internal Revenue Service | 7100-000 | 1,754.00 | 1,200.00 | 1,200.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | 7100-000 | 463.51 | N/A | N/A | 0.00 |
| PALISADES COLLECTON, LLC | 7100-000 | 2,024.45 | N/A | N/A | 0.00 |
| NELSON, WATSON & ASSOCIATES | 7100-000 | 1,512.92 | N/A | N/A | 0.00 |
| LAW OFFICES OF JAY SMITH | 7100-000 | 27,752.92 | N/A | N/A | 0.00 |
| J.C. PENNEY c/o GE Money Bank | 7100-000 | 648.00 | N/A | N/A | 0.00 |
| HARVARD COLLECTION SERVICES, INC. | 7100-000 | 340.76 | N/A | N/A | 0.00 |
| RAUCH-MILLIKEN INTERNATIONAL | 7100-000 | 1,561.25 | N/A | N/A | 0.00 |
| HSBC NEVADA/BERGNER'S c/o Blatt, Hasenmiller, et al | 7100-000 | 957.55 | N/A | N/A | 0.00 |
| LAW OFFICES OF GILBERT MORET | 7100-000 | 1,732.50 | N/A | N/A | 0.00 |
| ROCKFORD WATER DEPARTMENT | 7100-000 | 113.00 | N/A | N/A | 0.00 |
| Law Office of Gilbert Moret | 7100-000 | 1,732.50 | N/A | N/A | 0.00 |
| VICTORIA'S SECRET c/o World Financial Network | 7100-000 | 200.98 | N/A | N/A | 0.00 |
| Citizens First State Bank | 7100-000 | 90,664.23 | N/A | N/A | 0.00 |
| FIRST FEDERAL CAPITAL | 7100-000 | 2,065.00 | N/A | N/A | 0.00 |
| Credit Collection Services | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| VIKING COLLECTION SERVICE, INC. | 7100-000 | 1,172.91 | N/A | N/A | 0.00 |
| WELTMAN, WEINBERG & REIS | 7100-000 | 1,167.95 | N/A | N/A | 0.00 |
| WORLD FINANCIAL NETWORK | 7100-000 | 400.24 | N/A | N/A | 0.00 |
| ROCK RIVER WATER RECLAMATION DIST. | 7100-000 | 73.73 | N/A | N/A | 0.00 |
| CAPITAL ONE | 7100-000 | 702.67 | N/A | N/A | 0.00 |
| ACCOUNT RECOVERY SERVICE | 7100-000 | 676.00 | N/A | N/A | 0.00 |
| ACCOUNTS RECEIVABLE MANAGEMENT | 7100-000 | 797.43 | N/A | N/A | 0.00 |
| ADVANCEME, INC. c/o Stein & Rotman | 7100-000 | 8,602.42 | N/A | N/A | 0.00 |
| CENTRUE BANK | 7100-000 | 35,150.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| CREDIT COLLECTION SERVICES Two Wells Avenue | 7100-000 | 482.95 | N/A | N/A | 0.00 |
| CITIZENS FIRST STATE BANK | 7100-000 | 90,644.23 | N/A | N/A | 0.00 |
| CASTLE REALTY, INC. | 7100-000 | 15,502.28 | N/A | N/A | 0.00 |
| ALLIANCE ONE, INC. | 7100-000 | 1,690.62 | N/A | N/A | 0.00 |
| C.B. ACCOUNTS, INC. | 7100-000 | 116.00 | N/A | N/A | 0.00 |
| AVANTI FOODS | 7100-000 | 24,805.63 | N/A | N/A | 0.00 |
| Additional Notice for creditor CREDIT COLLECTION SERVICES | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 317,308.63 | 8,369.82 | 8,369.82 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-72826  
**Case Name:** CIMINO, VINCENZO  
               CIMINO, TINA M  
**Period Ending:** 05/05/10

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 07/07/09 (f)  
**§341(a) Meeting Date:** 08/12/09  
**Claims Bar Date:** 12/01/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Real estate located at: 4121 Windrow Court, Cher | 149,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Alpine Bank - checking | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Alpine Bank - checking | 800.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. household goods and furnishings | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing and personal items | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wedding rings | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | (5) American Income Term Life Insurance policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1000 shares of Dag Enterprises, Inc. (value of e | 10,400.00 | 0.00 | DA | 5,000.00 | FA |
| 9 | 5 shares of Disney stock | 125.00 | 0.00 | DA | 0.00 | FA |
| 10 | Claim v. Amit Amin (doubtful collection value) | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2004 Dodge Durango | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1994 Jeep Cherokee | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.60 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$191,025.00** | **$0.00** | | **$5,000.60** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   April 30, 2010    **Current Projected Date Of Final Report (TFR):**   March 10, 2010  (Actual)

Printed: 05/05/2010 08:55 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-72826  
**Case Name:** CIMINO, VINCENZO  
CIMINO, TINA M  
**Taxpayer ID #:** **-***3927  
**Period Ending:** 05/05/10

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****60-65 - Money Market Account  
**Blanket Bond:** $118,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/09 | {8} | Vincenzo and Tina Cimino | payment on restaurant equipment | 1129-000 | 5,000.00 | | 5,000.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,000.19 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.40 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,000.59 |
| 02/01/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.01 | | 5,000.60 |
| 02/01/10 | | To Account #********6066 | transfer to close money market account | 9999-000 | | 5,000.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.60 | 5,000.60 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,000.60 | |
| | | | **Subtotal** | | 5,000.60 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.60** | **$0.00** | |

{} Asset reference(s)

Printed: 05/05/2010 08:55 AM   V.12.08

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-72826  
**Case Name:** CIMINO, VINCENZO  
CIMINO, TINA M  
**Taxpayer ID #:** **-***3927  
**Period Ending:** 05/05/10

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****60-66 - Checking Account  
**Blanket Bond:** $118,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/01/10 | | From Account #********6065 | transfer to close money market account | 9999-000 | 5,000.60 | | 5,000.60 |
| 03/11/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,357.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,357.00 | 3,643.60 |
| 03/11/10 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,250.06, Trustee Compensation; Reference: | 2100-000 | | 1,250.06 | 2,393.54 |
| 03/11/10 | 103 | Internal Revenue Service | Dividend paid 83.69% on $2,860.00; Claim# 10A; Filed: $2,860.00; Reference: | 5800-000 | | 2,393.54 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.60 | 5,000.60 | $0.00 |
| | | | Less: Bank Transfers | | 5,000.60 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,000.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,000.60** | |

{} Asset reference(s)

Printed: 05/05/2010 08:55 AM    V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-72826  
**Case Name:** CIMINO, VINCENZO  
CIMINO, TINA M  
**Taxpayer ID #:** **-***3927  
**Period Ending:** 05/05/10

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******60-66 - Checking Account  
**Blanket Bond:** $118,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****60-65** | 5,000.60 | 0.00 | 0.00 |
| **Checking # ***-*****60-66** | 0.00 | 5,000.60 | 0.00 |
| **Checking # 9200-******60-66** | 0.00 | 0.00 | 0.00 |
| | **$5,000.60** | **$5,000.60** | **$0.00** |

{} Asset reference(s)

Printed: 05/05/2010 08:55 AM    V.12.08